*Warren P. Joblin,* for the appellants (defendants).

*Edward Nusbaum* and *Robert H. Rubin,* for the appellee (plaintiff).

Argued June 4—decided June 4, 1974

ALAN R. VARLEY *v.* NINA B. VARLEY

The plaintiff's motion to dismiss the appeal from the Superior Court in Hartford County is denied.

*Joel M. Ellis,* for the appellee (plaintiff).

*Nina B. Varley,* pro se, the appellant (defendant).

Argued June 4—decided June 4, 1974

ROBERT HADDOCK *v.* MILTON LEBOV

The defendant's motion to dismiss the appeal from the Court of Common Pleas in New Haven County is denied.

*Diane D. Rubin,* for the appellee (defendant).

*Barry J. Sinoway,* for the appellant (plaintiff).

Argued June 4—decided June 4, 1974

STATE OF CONNECTICUT *v.* NAPIER D. TALTON

The plaintiff's motion to dismiss the appeal from the Superior Court in New Haven County is granted.

*Ernest J. Diette, Jr.,* assistant state's attorney, for the appellee (state).

*William F. Gallagher,* special public defender, for the appellant (defendant).

Argued June 4—decided June 4, 1974